IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DARLEANE LEONARD, individually and as Administrator *ad Litem* for the Estate of Shirley Shields, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:13-CV-661 VARLAN/GUYTON |
| AMERICAN SECURITY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come now Plaintiffs Darleane Leonard, individually and as Administrator *ad Litem* for the Estate of Shirley Shields and Defendant American Security Insurance Company and announce to the Court that all matters herein controversy between them have been compromised and settled out of Court, and that Darleane Leonard, for valuable consideration, has executed on behalf of herself and on behalf of the Estate of Shirley Shields a Release in full and final settlement of all of the claims against American Security Insurance Company arising out of the matters here in controversy. As a result, the parties stipulate that Plaintiffs' cause of action should be dismissed as to American Security Insurance Company with full prejudice to Plaintiffs against the re-filing of the same, that American Security Insurance Company be relieved from any and all further responsibility in this matter, and that Plaintiffs and American Security Insurance Company shall each bear their own discretionary costs and attorney's fees.

1

Respectfully submitted,

s/ Kevin W. Shepherd by KLS w/ permission
Kevin W. Shepherd, TN Bar No. 012791
200 E. Broadway Avenue, Suite 410
Maryville, Tennessee 37804
Phone: (865) 982-8060
Facsimile: (865) 982-0138
sheplaw@bellsouth.net

*Attorney for Plaintiffs*
*Darleane Leonard, individually and as Administrator ad Litem for the Estate of Shirley Shields*

s/ Kenny L. Saffles
Kenny L. Saffles, TN Bar No. 023870
D. Eric Setterlund, TN Bar No. 030341
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Phone: (865) 549-7204
Facsimile: (865) 525-8569
sheadrick@bakerdonelson.com

*Attorneys for Defendant American Security Insurance Company*